UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **AQEEL MIXON [E-FILER]**, Plaintiff, vs. **TRANS UNION CONSUMER SOLUTIONS, EXPERIAN NATIONAL CONSUMER ASSIST CENTER, CONSOLIDATED FROM 19-13150**; Defendants. | 2:19-CV-12282-TGB **ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE** |

This matter is before the Court on Magistrate Judge Michael J. Hluchaniuk's January 30, 2020 Report and Recommendation (ECF No. 29), recommending that Plaintiff's complaint be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) and that the pending motion to dismiss (ECF No. 22) be terminated as moot.

The Court has reviewed the Magistrate Judge's Report and Recommendation. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of a report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "*de novo* determination of those portions of

the report . . . to which objection is made." *Id.* Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will therefore accept the Magistrate's Report and Recommendation of January 30, 2020 as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Hluchaniuk's January 30, 2020 Report and Recommendation is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that the complaint is **DISMISSED WITH PREJUDICE** under Federal Rule of Civil Procedure 41(b) and the pending motion to dismiss (ECF No. 22) is **TERMINATED AS MOOT**.

**SO ORDERED.**

DATED this 25th day of February, 2020.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge